| | |
|---|---|
| 1 | e. robert (bob) wallach CA BAR NO. 29078 |
| | Lawyer-Counselor |
| 2 | Law Offices of e. robert (bob) wallach, P.C. |
| | P.O. Box 2670 |
| 3 | San Francisco, CA 94126-6445 |
| | Telephone: (415) 989 6445 |
| 4 | Facsimile: (415) 989-3802 |
| 5 | Robert A. Dolinko, CA BAR NO. 076256 |
| | Chris Baker, CA BAR NO. 181557 |
| 6 | THELEN REID & PRIEST LLP |
| | 101 Second Street, Suite 1800 |
| 7 | San Francisco, CA  94105-3606 |
| | Tel. 415.371.1200 |
| 8 | Fax 415.371.1211 |
| 9 | Attorneys for Defendant |
| | SHARPER IMAGE CORPORATION |
| 11 | Michael A. Gould, CA BAR NO. 151851 |
| | GOULD & ASSOCIATES |
| 12 | A Professional Law Corporation |
| | 12832 Valley View Street, Suite 211 |
| | Garden Grove, California  92845 |
| 13 | Telephone:  (714) 379-6240 |
| | Telecopier:  (714) 379-6243 |
| 15 | Attorney for Plaintiff |
| | RANDY CHRISTNER |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY CHRISTNER, individually, and on behalf of other members of the general public similarly situated, | Case No.:  C 05-4459 MMC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |
| vs. | |
| SHARPER IMAGE CORPORATION, a Delaware Corporation, and DOES 1 through 25, | |
| Defendants. | |

1  IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their undersigned counsel, that (1) all claims on behalf of plaintiff Randy Christner, individually, are dismissed with prejudice; each party shall bear its or his own costs and attorneys fees except as may otherwise be provided in any formal agreement between the parties; and all claims of putative class members aside from Plaintiff Christner are dismissed without prejudice; each side to bear its own costs and attorneys fees.

Dated: April 21, 2006

/s/ Robert A. Dolinko
ROBERT A. DOLINKO
THELEN REID & PRIEST LLP
Attorneys for Defendant Sharper Image Corporation

Dated: April 21, 2006

/s/ Michael A. Gould
MICHAEL A. GOULD
GOULD & ASSOCIATES
Attorneys for Plaintiff Randy Christner

**IT IS SO ORDERED:**

Dated: April 24, 2006

_____
UNITED STATES DISTRICT JUDGE